LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JONATHAN K. WONG, ESQ.
Nevada Bar No. 13621
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
jwong@lipsonneilson.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAYROLL FUNDING COMPANY LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WOLVERINE FLEXOGRAPHIC, LLC, a Michigan limited liability company; PATRICK CROSSON, an individual; and DOES I through V,<br><br>Defendants. | Case No:  2:19-cv-01714-KJD-DJA<br><br>**STIPULATION AND ORDER TO REMAND CASE TO STATE COURT** |

PAYROLL FUNDING COMPANY LLC ("Plaintiff") and WOLVERINE FLEXOGRAPHIC, LLC and PATRICK CROSSON ("Defendants"), by and through their respective counsel, stipulate as follows:

1.      On September 16, 2019 Plaintiff commenced an action in the Eighth Judicial District Court, Clark County, Nevada entitled *"Payroll Funding Company LLC, a Nevada limited liability company vs. Wolverine Flexographic, LLC, a Michigan limited liability company; Patrick Crosson, an individual; and Does 1 through V,"* Case No. A-19-801972-C ("Action").

2.    Defendants received notice of the complaint on or about September 20, 2019.

3.    On October 2, 2019, Defendants filed a Petition for Removal of the Action pursuant to 28 U.S.C. §§1332, 1441, and 1446 with the United States District Court for the District of Nevada.

4.    On October 2, 2019, Defendants completed the removal process by filing a conformed copy of the notice of removal with the District Court, Clark County, Nevada.

5.    The parties have agreed that the Action should be remanded to the District Court of Clark County, Nevada. To that end, the Parties hereby stipulate that the Action be remanded to Eighth Judicial District Court, Clark County, Nevada.

///
///
///
///
///
///
///
///
///
///
///
///

6.     The Parties further stipulate that each party shall bear their own attorney's fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

| | |
|---|---|
| Dated this *17th* day of October, 2019 | Dated this 17th day of October, 2019 |
| | LIPSON NEILSON P.C. |
| By: *Erven T. Nelson* | By: _____ |
| ERVEN T. NELSON, ESQ. (Bar No. 2332) | JOSEPH P. GARIN, ESQ. (Bar No. 6653) |
| 10785 W. Twain Avenue, Suite 200 | JONATHAN K. WONG, ESQ. (Bar No. 13621) |
| Las Vegas, NV 89135 | 9900 Covington Cross Drive, Suite 120 |
| | Las Vegas, Nevada 89144 |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

ORDER

IT IS SO ORDERED that this action be remanded to the Eighth Judicial District Court, Clark County, Nevada.

_____
UNITED STATES DISTRICT JUDGE

DATED:   10/28/2019

LIPSON NEILSON P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500    Facsimile: (702) 382-1512